```
                                      FILED
                              CLERK, U.S. DISTRICT COURT

                                    DEC 29 2015

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>           v.<br><br>JUAN NIETO-TAPIA,<br><br>                Defendant. | Case No.: CR 09-00470-CAS<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

      The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

      Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

        (X)  information in the Pretrial Services Report and Recommendation

        (X)  information in the violation petition and report(s)

        (X)  the defendant's nonobjection to detention at this time

        ( )  other: <u>Allegations of failing to report and absconting</u>

1

and/ or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   ( ) information in the Pretrial Services Report and Recommendation
   ( ) information in the violation petition and report(s)
   ( ) the defendant's nonobjection to detention at this time
   ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:    December 29, 2015

_____
KENLY KIYA KATO
United States Magistrate Judge