O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR09-470-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| JUAN NIETO TAPIA, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On January 19, 2016, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 15, 2015. Government counsel, Devon Myers, the defendant and his appointed DFPD attorney, Anne Hwang, were present. The U.S. Probation Officer, Alex Guevara, was also present.

The defendant admitted the allegation, in violation of his supervised release, as stated in the Petition filed on May 15, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 6, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is committed to the custody of the Bureau of Prisons for a term of TIME SERVED, with forthwith release (#13271), subject to any detainers.

///

1   Upon release from imprisonment, defendant shall be placed on supervised release for a period of twenty-four (24) months, under the same terms and conditions previously imposed.

    IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   January 19, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
ACTING CLERK OF COURT


By: ___/S/_____
    Catherine M. Jeang, Deputy Clerk

2